### 544. COCHRAN v. HOLLEMAN.

HILL, C. J.   Where the motion for a new trial is made only on the general
grounds, and the verdict is fully warranted by the evidence, this court
can not interfere with the discretion of the trial judge in refusing to
grant a new trial.                                    *Judgment affirmed.*

Appeal, from Douglas superior court—Judge Edwards.   April
1, 1907.

Argued October 23,—Decided November 25, 1907.

*W. A. James,* for plaintiff in error.   *J. S. James,* contra.